IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY, ADC #760343**                                                         **PLAINTIFF**

v.                         **Case No. 3:20-cv-00148-KGB**

**JENNY LONG,** *et al.*                                                                 **DEFENDANTS**

## ORDER

Before the Court is plaintiff Lisa Murphy's motion requesting to dismiss all cases plaintiff has pending (Dkt. No. 21). Ms. Murphy, an inmate at the McPherson Unit of the Arkansas Department of Corrections ("ADC"), filed her complaint in May 2020 (Dkt. No. 2, at 3). She alleged that numerous ADC staff members violated her constitutional rights by refusing to address alleged medical issues (*Id.*, at 7-10). The Court assigned Ms. Murphy's case to Magistrate Judge Patricia S. Harris, who submitted proposed findings and recommendations on March 10, 2021 (Dkt. No. 19). Ms. Murphy objected to Judge Harris' proposed findings on March 22, 2021 (Dkt. No. 20). Ms. Murphy then submitted this motion to dismiss on March 29, 2021 (Dkt. No. 21).

For good cause shown, the Court grants the motion and dismisses without prejudice this case (*Id.*). The Court also denies all other pending motions as moot (Dkt. Nos. 18, 19).

It is so ordered this 6th day of December, 2021.

                                                            */s/ Kristine G. Baker*
                                                            Kristine G. Baker
                                                            United States District Judge